## IN THE UNITED STATES DISTRICT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| William Moore<br>1722 5th Street NW<br>Washington, DC 20001<br><br>     Plaintiff,<br><br>  vs.<br><br>Chad Carson<br>101519 Old Colchester Road<br>Lorton, Virginia 22079<br><br><br><br>     Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
THE INGRAM FIRM LLC
857 TWIN KNOLLS RD
SUITE 303
COLUMBIA, MARYLAND 31045
PHONE: (410) 992-6603
FAX: (410-992-6671

## COMPLAINT

### TO THE HONORABLE, THE JUDGES OF THIS SAID COURT:

NOW COMES the Plaintiff William Moore, by and through his attorneys, Damani K. Ingram, Esq. and The Ingram Firm, LLC, and sues the Defendant Chad Carson, states as follows:

## JURISDICTION

1. This Court has jurisdiction over the subject matter of this complaint pursuant to 28 U.S.C. §1332.

2. The amount in controversy exceeds $75,000.00 exclusive of costs.

3. William Moore, Plaintiff, is a resident of the District of Columbia.

4. Chad Carson, Defendant is a resident of the State of Virginia.

## VENUE

5. Venue is proper pursuant to 28 U.S.C. §1391.

## STATEMENT OF FACTS

6. On November 21, 2010, plaintiff was travelling Eastbound on the John Phillip Sousa Bridge Southeast, in Washington, DC. As plaintiff slowed for dense traffic, he was hit in the rear by a vehicle operated by the defendant.

7. Plaintiff sustained serious personal injuries.

## COUNT ONE

8. Plaintiff, William Moore, re-alleges and incorporates by reference all those facts and allegations in paragraphs 1 through 7 above and further alleges:

9. The collision was caused by the reckless, carelessness and negligence of the Defendant, Chad Carson, for that among other acts and omissions the Defendant:

   a. failed to observe due care and precaution and to maintain proper and adequate control of the motor vehicle;

   b. failed to keep a proper lookout for other vehicles lawfully upon the highway;

   c. failed to exercise reasonable care in the operation of the motor vehicle under the circumstances then and there existing; and

   d. In other respects not now known to the Plaintiff but which may become known prior to or at the time of trial.

IE INGRAM FIRM LLC
57 TWIN KNOLLS RD
SUITE 303
MBIA, MARYLAND 31045
ONE: (410) 992-6603
AX: (410-992-6671

10. As a direct and proximate result of the negligence and carelessness of Defendant, Plaintiff:

    a. suffered serious, painful and permanent bodily injuries, great physical pain and mental anguish, severe and substantial emotional distress, loss of the capacity for the enjoyment of life;

    b. was, is and will be required to undergo medical treatment and to incur medical costs and expenses in order to alleviate injuries, pain and suffering;

    c. was, is and will be precluded from engaging in normal activities and pursuits;

    d. and, otherwise hurt, injured and caused to sustain losses.

9. All of the Plaintiff, William Moore's losses were, are and will be due solely to and by reason of the carelessness and negligence of the Defendant, Chad Carson, without any negligence or want of due care on the Plaintiff.

Wherefore, Plaintiff, claims Seventy Eight Thousand Dollars ($78,000.00) in damages.

<u>Jury Trial Demand</u>

Plaintiff requests a trial by jury.

Respectfully submitted,

_____

Damani K. Ingram , Esq.
The Ingram Firm LLC
5457 Twin Knolls Road
Suite 303
Columbia, MD 21045
Phone: (410) 992-6603
Fax: (410) 992-6671
Attorney for Plaintiff
Bar No: MD26320

THE INGRAM FIRM LLC
5457 TWIN KNOLLS RD
SUITE 303
COLUMBIA, MARYLAND 31045
PHONE: (410) 992-6603
FAX: (410-992-6671

IE INGRAM FIRM LLC
57 TWIN KNOLLS RD
SUITE 303
MBIA, MARYLAND 31045
ONE: (410) 992-6603
AX: (410-992-6671